| Name, Address and Telephone Number of Attorney(s): |
|---|
| Scottlynn J Hubbard IV, SBN 212970 |
| DISABLED ADVOCACY GROUP, APLC |
| 12 Williamsburg Lane |
| Chico, CA 95926 |
| Telephone: 530.895.3252; Facsimile: 530.894.8244 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Martin Vogel,

Plaintiff(s)

v.

Harbor Plaza Center, LLC,

Defendant(s).

CASE NUMBER

Case No. CV14-04609 SJO (SHx)

**REQUEST:
ADR PROCEDURE SELECTION**

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: August 29, 2014        /s/ Scottlynn J Hubbard IV

                              Attorney for Plaintiff  Martin Vogel

Dated: _____            _____

                              Attorney for Plaintiff

Dated: _____            _____

                              Attorney for Defendant

Dated: _____            _____

                              Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.