Scottlynn J Hubbard IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@hubslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>  Plaintiff,<br><br>  vs.<br><br>Harbor Plaza Center, LLC,<br><br>  Defendant. | Case No. 2:14-cv-04609-SJO-SH<br><br>**Notice of Motion and Motion for Default Judgment**<br><br>[Fed. R. Civ. P. 55]<br><br>Date:  February 8, 2016<br>Time: 10:00 a.m.<br>Ctrm:  1 – 2nd Floor<br><br>Honorable S. James Otero<br><br>*No oral argument unless requested by the Court* |

TO DEFENDANT HARBOR PLAZA CENTER, LLC:

PLEASE TAKE NOTICE that on Monday, February 8, 2016, at 10:00 a.m., or as soon as the matter can be heard by the Court, located at 312 North Spring Street, Los Angeles, California, plaintiff, Martin Vogel will present his motion for a default judgment against defendant Harbor Plaza Center, LLC.

This motion is based on this notice of motion and motion, the files and records submitted herewith, and any other documents the court feels are relevant.

Dated: December 21, 2015     DISABLED ADVOCACY GROUP, APLC


 */s/ Scottlynn J Hubbard                         /*
SCOTTLYNN J HUBBARD IV
Attorney for Plaintiff