1  Scottlynn J Hubbard IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
2  12 Williamsburg Lane
3  Chico, Ca. 95926
   (530) 895-3252
4
5  Counsel for Plaintiff Martin Vogel
6
7
8                    United States District Court
9                    Central District of California
10

| | |
|---|---|
| 11  Martin Vogel, | ) Case No. CV14-04609 SJO (SHx) |
| 12                | ) |
| 13      Plaintiff, | ) |
| 14      vs.       | ) **Notice of Appeal** |
| 15                | ) |
| 16  Harbor Plaza Center, LLC, | ) |
| 17      Defendant. | ) 28 U.S.C. § 1292(a)(1) |
| 18                | ) |
| 19  _____ | ) |

NOTICE IS HEREBY GIVEN that plaintiff Martin Vogel hereby appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Ninth Circuit from the order of January 25, 2016, granting in part plaintiff's motion for default judgment.

Dated: February 11, 2016

LAW OFFICES of LYNN HUBBARD

*/s/ Scottlynn J Hubbard IV*
SCOTTLYNN J HUBBARD IV
Attorney for Plaintiff Martin Vogel